CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JARRETTE SAUNDERS,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00693 |
| v. | ) <br> ) | **ORDER** |
| BRENT BARBOUR,<br>    Respondent. | ) <br> ) <br> ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Petitioner's claims are **DISMISSED** without prejudice and that the action is **STRICKEN** from the active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 29th day of January, 2016.

                                                    /s/ Michael F. Urbanski
                                                    United States District Judge